UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

| | |
|---|---|
| ALEXANDRU PLACINTA and ARTEM STRELCHUK, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>GRAZINA PILKA, INC. d/b/a TATIANA RESTAURANT and/or 3152 RESTAURANT, INC. and/or BRIGHTON SEA BREEZE REST. INC., ON THE BOARDWALK CAFE, INC. and/or BRIGHTON SEA BREEZE CAFÉ, INC. and/or GRAZINA 888, INC. d/b/a TATIANA GRILL CAFE, 1710 REST. INC. d/b/a TATIANA RESTAURANT & NIGHT CLUB, TATIANA VARZAR, MICHEAL VARZAR, KARINA ITSKOVICH, and GRAZINA PILKAITIENE and and/or other entities affiliated or controlled by 3152 RESTAURANT, INC. and/or BRIGHTON SEA BREEZE REST. INC. and/or GRAZINA PILKA, INC. d/b/a TATIANA RESTAURANT, ON THE BOARDWALK CAFE, INC. and/or BRIGHTON SEA BREEZE CAFÉ, INC. and/or GRAZINA 888, INC. d/b/a TATIANA GRILL CAFE, 1710 Rest. Inc. d/b/a TATIANA RESTAURANT & NIGHT CLUB and TATIANA VARZAR, MICHEAL VARZAR, KARINA ITSKOVICH, and/or GRAZINA PILKAITIENE, individually,<br><br>Defendants. | Docket No.: 16-CV-4272 (KAM)(SJB)<br><br>**PUBLICATION ORDER** |

WHEREAS, the Plaintiffs and a certified collective having made an application to implement a Court-supervised notification to the putative class members under 29 U.S.C. § 216(b), and

WHEREAS the Court having read and considered the proposed Notice of Lawsuit and Consent to Join form; and

WHEREAS the Court finding that there exists substantial and sufficient grounds for entering this Order;

IT IS HEREBY ORDERED that:

    1.    On or before thirty (30) days after entry of this Order, the Plaintiffs or

their designated representatives shall cause a Russian and English language version of the Notice of Lawsuit ("Notice") and Consent to Join Form ("Consent Form") filed at Dkt. No. 74 as Exhibits "A" and "B" to be mailed by first class mail and e-mail to:

> All current and former servers and bussers employed at Tatiana Restaurant, Beach Café, and Tatiana Grill Café for any period of time between August 1, 2013 and present.

2. Plaintiffs shall also cause a Russian language version of the Notice ("Newspaper Notice") filed at Dkt. No. 74 as Exhibit "C" to be published in Ruskaya Reklama and V Novom Svete no less than four times during a 30-day period.

3. The Court approves the form of Notice, Newspaper Notice and Consent Form, and finds that the publication of such notice substantially in the manner and form set forth in paragraphs 1 and 2 of this Order will constitute the best notice practicable under the circumstances to members of the Class.

4. On or before thirty (30) days after entry of this Order, the Notice of Lawsuit and copies of the Consent to Join shall be displayed at Tatiana Restaurant, Beach Café, and Tatiana Grill Café in a conspicuous location frequented by Defendants' employees that is not accessible to patrons. On or before thirty (30) days after entry of this Order, Defendants' counsel shall notify Plaintiffs' counsel of the exact location where the Notice and Consent to Join forms are posted on Defendants' premises.

SO ORDERED.

*/s/ Sanket J. Bulsara*

SANKET J. BULSARA
United States Magistrate Judge

Dated: Brooklyn, New York
      October 16, 2018